BENJAMIN B. WAGNER
United States Attorney
JEAN M. HOBLER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HUBERT ROTTEVEEL,<br><br>Defendant. | CASE NO. 2:11-CR-00447 WBS<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER TO CONTINUE BRIEFING ON MOTION TO SUPPRESS AND HEARING ON MOTIONS TO SUPPRESS AND DISMISS** |

The defendant's motion to suppress and motion to dismiss are currently set for non-evidentiary hearing on December 23, 2013, with briefing from both parties on the motion to suppress due on December 16, 2013. The parties, by and through their counsel of record, hereby stipulate and agree as follows:

1. An additional week for briefing of the motion to suppress is necessary and appropriate.
2. As a result of additional time for the briefing on the motion to suppress, the hearing on the motions to dismiss and to suppress should be continued to December 30, 2013, a date confirmed available by the Courtroom Deputy.

///
///
///
///
///

Stipulation and Proposed Order                   1

1 | The parties therefore request the Court execute the attached proposed order, continuing the hearing
2 | on both motions to December 30, 2013, at 9:30 a.m.

3 | Dated:  October 7, 2013

BENJAMIN B. WAGNER
United States Attorney

*/s/ Jean M. Hobler*
JEAN M. HOBLER
Assistant United States Attorney

Dated:  October 7, 2013

*/s/ Jean M. Hobler for*
THOMAS JOHNSON
Attorney for Defendant HUBERT ROTTEVEEL
(signature authorized Dec. 10, 2013)

Stipulation and Proposed Order

2

**ORDER**

The due date for the briefing on defendant's motion to suppress is continued to December 23, 2013, and the hearing on the defendant's motions to suppress and to dismiss, currently set for December 23, 2013, is continued to December 30, 2013, at 9:30 a.m. IT IS SO ORDERED.

Dated: December 18, 2013

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE