THOMAS A. JOHNSON, #119203
400 Capitol Mall, Suite 1620
Sacramento, California  95814
Telephone: (916) 422-4022
Attorney for Hubert Rotteveel

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: 2:11-cr-00447-WBS |
| Plaintiff, | ) AMENDED STIPULATION AND ) PROPOSED ORDER TO CONTINUE |
| vs. | ) TRIAL READINESS CONFERENCE ) AND MOTION HEARING AND |
| HUBERT ROTTEVEEL, | ) SETTING OF BRIEFING SCHEDULE |
| Defendant. | ) |

Plaintiff, United States of America, by and through its counsel of record, Jean Hobbler, and Defendant, Hubert Rotteveel by and through his counsel of record, Thomas A. Johnson hereby stipulate as follows:

1. The Government's Opposition to defendant's Motion to Dismiss/Exclude is due February 18, 2014.
2. The defendant's reply to the government opposition is due February 28, 2014.
3. A Trial Confirmation Hearing and Motion Hearing currently scheduled for February 24, 2014, is continued March 10, 2014, 9:30 A.M.
4. Motions in Limine, Trial Briefs, proposed Voir Dire, proposed jury instructions, witness lists, and exhibit lists are due March 18, 2014.

United States v. Rotteveel, Case No. 2:11-cr-00447-WBS         - 1 -

5. Jury Trial remains currently set for March 25, 2014.

**IT IS SO STIPULATED.**

DATED:   February 11, 2014

By:   /s/ Thomas A. Johnson
THOMAS A. JOHNSON
Attorney for Hubert Rotteveel

DATED:   February 11, 2014

BENJAMIN B. WAGNER
United States Attorney

By:   /s/ Thomas A. Johnson for
JEAN HOBLER
Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.**

Dated:   February 13, 2014

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE