1  BENJAMIN B. WAGNER
   United States Attorney
2  JEAN M. HOBLER
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8              IN THE UNITED STATES DISTRICT COURT

9                EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,            CASE NO. 2:11-CR-447 WBS

12           Plaintiff,                 [~~PROPOSED~~] ORDER

13     v.

14 HUBERT ROTTEVEEL,

15           Defendant.

16

17     The Court, having received and considered the Application of the United States for an Order for

18 the disclosure of returns and return information for use at trial, pursuant to Title 26, United States Code,

19 Section 6103(i), and hereby finds the returns and return information of Hubert Rotteveel and Windmill

20 Properties is to be used in a federal criminal trial and is discoverable under Rule 16.

21     The Court declines to order disclosure of the returns of the other individual addressed in the

22 Application, pending further briefing by the United States as addressed at the status conference on

23 March 3, 2014.

24     IT IS, THEREFORE, ORDERED THAT:

25     1. The United States may disclose returns and return information for the years 2005 and 2007,

26 relating to Hubert Rotteveel and Windmill Properties to counsel for defendant Hubert Rotteveel.

27 ///

28 ///

ORDER AUTHORIZING DISCLOSURE UNDER        1
26 USC § 6103

    2.       Defendant Rotteveel shall use the disclosed returns and return information solely in preparing for trial and at trial, and no disclosure shall be made to any other person except in accordance with the provisions of 26 USC § 6103.

Dated:  March 17, 2014

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE