1  BENJAMIN B. WAGNER
   United States Attorney
2  JEAN M. HOBLER
   TODD A. PICKLES
3  Assistant United States Attorneys
   501 I Street, Suite 10-100
4  Sacramento, CA 95814
   Telephone: (916) 554-2700
5  Facsimile:  (916) 554-2900

6  Attorneys for Plaintiff
   United States of America

7

**FILED**

MAY 06 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

8           IN THE UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,         CASE NO. 2:11-CR-00447 WBS

12 |                    Plaintiff,     **ORDER PURSUANT TO
                                       18 U.S.C. §§ 6002-6003 GRANTING IMMUNITY
13 |              v.                   AND REQUIRING TESTIMONY**

14 | HUBERT ROTTEVEEL,

15 |                    Defendant.

16

17

18       NOW, THEREFORE, IT IS ORDERED pursuant to 18 U.S.C. § 6002 that Manuel Romero give

19 testimony or provide other information which he refuses to give or to provide information with respect

20 to the purchase of real property and loan applications and other documentation submitted on his behalf

21 to lending institutions with respect to the charged fraud scheme in the above-referenced case, in this case

22 on the basis of his privilege against self-incrimination as to all matters about which he may be asked to

23 testify in this trial.

24       IT IS FURTHER ORDERED that no testimony or other information compelled under this order,

25 or any information directly or indirectly derived from such testimony or other information, shall be used

26 against Manuel Romero in any criminal case, except that Manuel Romero shall not be exempted by this

27 order from prosecution for perjury, giving a false statement pursuant to this order, or otherwise failing to

28

Order re: Immunity and Requiring Testimony          1

1  comply with this order, and that immunity granted herein is co-extensive with 18 U.S.C. § 6002.

2  IT IS SO ORDERED.

3  DATED: __5/6__, 2014

HON. WILLIAM B. SHUBB
United States District Judge