BENJAMIN B. WAGNER
United States Attorney
JEAN M. HOBLER
TODD A. PICKLES
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

**FILED**

MAY 07 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
      DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     v.<br><br>HUBERT ROTTEVEEL,<br><br>            Defendant. | CASE NO. 2:11-CR-00447 WBS<br><br>**ORDER PURSUANT TO<br>18 U.S.C. §§ 6002-6003 GRANTING IMMUNITY<br>AND REQUIRING TESTIMONY** |

NOW, THEREFORE, IT IS ORDERED pursuant to 18 U.S.C. § 6002 that Veronica Valadez give testimony or provide other information which she refuses to give or to provide information with respect to her regarding loan applications she prepared and submitted to lending institutions, including supporting documentations, with respect to the charged fraud scheme in the above-referenced case, in this case on the basis of her privilege against self-incrimination as to all matters about which she may be asked to testify in this trial.

IT IS FURTHER ORDERED that no testimony or other information compelled under this order, or any information directly or indirectly derived from such testimony or other information, shall be used against Veronica Valadez in any criminal case, except that Veronica Valadez shall not be exempted by this order from prosecution for perjury, giving a false statement pursuant to this order, or otherwise

Order re: Immunity and Requiring Testimony         1

failing to comply with this order, and that immunity granted herein is co-extensive with 18 U.S.C. § 6002.

IT IS SO ORDERED.

DATED: __5/7__, 2014

*[signature: William B. Shubb]*

HON. WILLIAM B. SHUBB
United States District Judge