| | |
|---|---|
| 1<br>2<br>3<br>4<br>5 | BENJAMIN B. WAGNER<br>United States Attorney<br>JEAN M. HOBLER<br>TODD A. PICKLES<br>Assistant United States Attorneys<br>501 I Street, Suite 10-100<br>Sacramento, CA 95814<br>Telephone: (916) 554-2700<br>Facsimile:  (916) 554-2900 |

**FILED**

MAY 13 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

6  Attorneys for Plaintiff
   United States of America

7

8              IN THE UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,              CASE NO. 2:11-CR-00447 WBS

12                Plaintiff,                **ORDER PURSUANT TO**
                                            **18 U.S.C. §§ 6002-6003 GRANTING IMMUNITY**
13         v.                               **AND REQUIRING TESTIMONY**

14  HUBERT ROTTEVEEL,

15                Defendant.

16

17

18         NOW, THEREFORE, IT IS ORDERED pursuant to 18 U.S.C. § 6002 that Nolan Solano give

19  testimony or provide other information which he refuses to give or to provide information with respect

20  to him regarding loan applications he prepared and submitted to lending institutions, including

21  supporting documentations, with respect to the charged fraud scheme in the above-referenced case, in

22  this case on the basis of his privilege against self-incrimination as to all matters about which he may be

23  asked to testify in this trial.

24         IT IS FURTHER ORDERED that no testimony or other information compelled under this order,

25  or any information directly or indirectly derived from such testimony or other information, shall be used

26  against Nolan Solano in any criminal case, except that Nolan Solano shall not be exempted by this order

27  from prosecution for perjury, giving a false statement pursuant to this order, or otherwise failing to

28

Order re: Immunity and Requiring Testimony              1

comply with this order, and that immunity granted herein is co-extensive with 18 U.S.C. § 6002.

IT IS SO ORDERED.

DATED: _____5/13_____, 2014

*[signature]*

HON. WILLIAM B. SHUBB
United States District Judge