BENJAMIN B. WAGNER
United States Attorney
JEAN M. HOBLER
JUSTIN L. LEE
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>     v.<br><br>HUBERT ROTTEVEEL,<br><br>              Defendant. | CASE NO. 2:11-CR-00447 WBS<br><br>**ORDER PURSUANT TO<br>18 U.S.C. §§ 6002-6003 GRANTING IMMUNITY<br>AND REQUIRING TESTIMONY** |

NOW, THEREFORE, IT IS ORDERED pursuant to 18 U.S.C. § 6002 that Manuel Romero give testimony or provide other information which he refuses to give or to provide information with respect to the purchase of real property and loan applications and other documentation submitted on his behalf to lending institutions with respect to the charged fraud scheme in the above-referenced case, in this case on the basis of his privilege against self-incrimination as to all matters about which he may be asked to testify in this or any subsequent trial of this case.

IT IS FURTHER ORDERED that no testimony or other information compelled under this order, or any information directly or indirectly derived from such testimony or other information, shall be used against Manuel Romero in any criminal case, except that Manuel Romero shall not be exempted by this order from prosecution for perjury, giving a false statement pursuant to this order, or otherwise failing to

Order                                                           1

1  comply with this order, and that immunity granted herein is co-extensive with 18 U.S.C. § 6002.

2  IT IS SO ORDERED.

3  **Dated:  August 18, 2014**

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE