1 | BENJAMIN B. WAGNER
United States Attorney
2 | JEAN M. HOBLER
JUSTIN L. LEE
3 | Assistant United States Attorneys
501 I Street, Suite 10-100
4 | Sacramento, CA 95814
Telephone: (916) 554-2700
5 | Facsimile:  (916) 554-2900

6 | Attorneys for Plaintiff
United States of America

7

8 | IN THE UNITED STATES DISTRICT COURT

9 | EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:11-CR-00447 WBS |
| Plaintiff, | **ORDER PURSUANT TO 18 U.S.C. §§ 6002-6003 GRANTING IMMUNITY AND REQUIRING TESTIMONY** |
| v. | |
| HUBERT ROTTEVEEL, | |
| Defendant. | |

NOW, THEREFORE, IT IS ORDERED pursuant to 18 U.S.C. § 6002 that Veronica Valadez give testimony or provide other information which he refuses to give or to provide information with respect to the purchase of real property and loan applications and other documentation submitted on his behalf to lending institutions with respect to the charged fraud scheme in the above-referenced case, in this case on the basis of his privilege against self-incrimination as to all matters about which he may be asked to testify in this or any subsequent trial of this case.

IT IS FURTHER ORDERED that no testimony or other information compelled under this order, or any information directly or indirectly derived from such testimony or other information, shall be used against Veronica Valadez in any criminal case, except that Veronica Valadez shall not be exempted by this order from prosecution for perjury, giving a false statement pursuant to this order, or otherwise

Order    1

1 failing to comply with this order, and that immunity granted herein is co-extensive with 18 U.S.C.
2 § 6002.
3     IT IS SO ORDERED.
4     Dated:  August 18, 2014

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Order    2