UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| UNITED STATES OF AMERICA, | No.  2:11-CR-00447 WBS |
|---|---|
| Plaintiff, | |
| v. | **ORDER** |
| HUBERT ROTTEVEEL, | |
| Defendant. | |

----oo0oo----

Defendant Hubert Rotteveel, in propria persona, has filed documents entitled Motion for New Trial and Further Argument for the Court to Reconsider the Motion for Judgment of Acquittal.  These documents are rejected for the reason that defendant is represented by counsel.  If he wishes to proceed pro se in this matter, defendant may file a substitution of counsel or motion to discharge his lawyer.  Until then, all communications with the court must be presented through his attorney or record.

1

IT IS SO ORDERED.

Dated:  November 26, 2014

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE