THOMAS A. JOHNSON, #119203
400 Capitol Mall, Suite 1620
Sacramento, California  95814
Telephone: (916) 422-4022
Attorney for Hubert Rotteveel

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No.: 2:11-cr-00447-WBS |
|---|---|
| Plaintiff, | ) STIPULATION AND ~~PROPOSED~~ |
| vs. | ) ORDER TO CONTINUE JUDGMENT |
| HUBERT ROTTEVEEL, | ) AND SENTENCING |
| Defendant. | ) |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the Judgment and Sentencing scheduled for December 15, 2014, at 9:30 a.m. is continued to January 20, 2015, at 9:30 a.m. in the same courtroom.  Probation has also been informed of the continuance request.  Defense counsel needs additional time to prepare for sentencing and requested a continuance.  Jean Hobler, Assistant United States Attorney, and Thomas A. Johnson, Defendant's attorney, agree to this continuance.

**IT IS SO STIPULATED**.

DATED:  December 11, 2014      /s/ Thomas A. Johnson
                               THOMAS A. JOHNSON
                               Attorney for Hubert Rotteveel

United States v. Rotteveel, Case No. 2:11-cr-00447-WBS                - 1 -

1  DATED:   December 11, 2014     BENJAMIN B. WAGNER
                                  United States Attorney
2
                                   /s/ Thomas A. Johnson for
3                                 JEAN HOBLER
                                  Assistant United States Attorney
4

5  **IT IS SO ORDERED.**

6  Dated:   December 12, 2014

7                                 _____
                                  WILLIAM B. SHUBB
8                                 UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:11-cr-00447-WBS |
| Plaintiff, | |
| vs. | MODIFICATION OF SCHEDULE FOR PRE-SENTENCE REPORT AND FOR FILING OF OBJECTIONS TO THE PRE-SENTENCE REPORT |
| HUBERT ROTTEVEEL, | |
| Defendant | |

| | |
|---|---|
| Judgment and Sentencing date: | January 20, 2015 |
| Reply or Statement | January 14, 2015 |
| Motion for Correction of the Pre-Sentence Report shall be filed with the court and served on the Probation Officer and opposing counsel no later than: | January 7, 2014 |
| The Pre-Sentence Report shall be filed with the court and disclosed to counsel no later than: | December 29, 2014 |
| Counsel's written objections to the Pre-Sentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | December 17, 2014 |

United States v. Rotteveel, Case No. 2:11-cr-00447-WBS                   - 3 -