MARK REICHEL (Cal. SBN #155034)
REICHEL & PLESSER LLP
455 Capitol Mall, 8th floor Suite 802
Sacramento, CA. 95814
Tel. (916) 498-9258
Fax (888) 567-2949
E-Mail:  mark@reichellaw.com

Attorney for Defendant
HUBERT ROTTEVEEL

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 11 CR-S-447 WBS |
| | ) | |
| Plaintiff, | ) | SUBSTITUTION OF ATTORNEYS; |
| | ) | ORDER |
| v. | ) | |
| | ) | Date: May 4, 2015 |
| HUBERT ROTTEVEEL | ) | Time:  9:00 a.m. |
| | ) | Judge:  Hon William B. Shubb |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

Defendant, HUBERT ROTTEVEEL,  hereby substitutes out the Office of Chris Cosca, , Esq. and replaces in their stead Reichel & Plesser L.L.P., Mark Reichel, Esq, SBN 155034, 455 Capitol Mall, 8th Floor Suite 802 Sacramento, CA 95814 (916) 498-9258.  Reichel & Plesser L.L.P. has been retained by the family of the defendant at the request of the defendant.

Attorney Mark Reichel will be prepared at the hearing May 4, 2015 to present a timeline for when the matter may proceed to sentencing and any other associated motions.

The following individual signatories hereby consent and agree to this substitution:

I, HUBERT ROTTEVEEL Request the court to substitute REICHEL & PLESSER L.L.P. as my attorney of record in this case.

DATED: April 17, 2015

/s/ *Hubert Rotteveel*
HUBERT ROTTEVEEL
Defendant

I agree and accept this substitution.

DATED: April 17, 2015

/s/ *Chris Cosca*
CHRIS COSCA
Attorney for Defendant

DATED: April 17, 2015

/s/ *Mark J. Reichel*
MARK J. REICHEL
Attorney For Defendant

ORDER

IT IS SO ORDERED. The law firm of Reichel & Plesser L.L.P. is hereby substituted in as counsel of record.

Dated:  April 17, 2015

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE