MARK REICHEL (Cal. SBN #155034)
REICHEL & PLESSER LLP
455 Capitol Mall, Suite 802
Sacramento, CA. 95814
Tel. (916) 498-9258
Fax (888) 567-2949
E-Mail:  mark@reichellaw.com

Attorney for Defendant
HUBERT ROTTEVEEL

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. 2:11-CR-447 WBS |
| Plaintiff, | ) |
| | ) ORDER ALLOWING THE DEFENSE |
| | ) SENTENCING BRIEF TO BE FILED ON |
| v. | ) JUNE 30, 2015 AND GOVERNEMNT |
| | ) BRIEFING FILED ON JULY 15, 2015 |
| HUBERT ROTTEVEEL ,et al. | ) |
| | ) Date: |
| Defendant. | ) Time: 9:00 a.m. |
| | ) |
| | ) Judge:  Hon. William B. Shubb |

Pursuant to stipulation of the parties, it is hereby Ordered that the defense sentencing memorandum shall be filed June 30, 2015, and the Government sentencing memorandum shall be filed on July 15, 2015.  As described below, the defense had challenges in filing its supplemental sentencing memorandum and did so after the Court-ordered deadline as a result. Government counsel (both counsel on this case) have prescheduled and prepaid vacation in the

intervening period, and thus the defense's delay in filing jeopardizes's the Government's ability to respond by the Court-ordered deadline. The Government intends to attempt to complete the briefing as scheduled, and the parties file this request to permit the Government's brief to be filed later with the understanding that if the Government is not able to meet the originally-scheduled deadline, the Court may wish to continue the sentencing. The Government reiterates, however, its intent to file on the previously-scheduled date, if at all possible.

Defense counsel Mark Reichel advises as follows: he took the time to review all the transcripts in the case, including each status conference and motion hearing which had been transcribed. As well, defense counsel read each and every pleading filed in the case. It was a rather extensive endeavor. Defense counsel was drafting the pleading on Monday June 29th when his internet went down, and once it would come back up, soon thereafter it would shut back down again. It is through SUREWEST, which is now Consolidated Communications. Apparently the modem would "roll over" to other nearby modems and would lose service. Defense counsel sat at his computer for a period of 16 hours Monday June 29th to draft the pleading. Sitting down for that period of time, for defense counsel, has physical consequences. His right leg, due to circulatory issues, becomes very swollen and the right foot in fact becomes very enlarged and swollen. In fact, on June 2, 2015 defense counsel went to the emergency room with a right foot very swollen. It was diagnosed as "edema" and a consequence of sitting down without walking for too long a period of time.

On June 29th, late in the evening, the right foot was seriously swollen again. Defense Counsel did not go to the doctors this time. But he could not draft the pleading further. On Tuesday, June 30, 2015, defense counsel was required to be in court in Stockton for a

preliminary examination.  He stayed in Stockton until 12 noon Tuesday June 30, 2015.  He was able to finalize the  Sentencing Memorandum on the night of June 30, 2015.  With an extremely swollen right leg and foot.

Approved as to form and content:

DATED: July 1, 2015

        BENJAMIN B. WAGNER

        UNITED STATES ATTORNEY

        *Jean Hobler*

        Jean Hobler

        Assistant United States Attorney


        /s/ *Mark J. Reichel*

        MARK J. REICHEL

        Attorney For Defendant

        **ORDER**


IT IS SO ORDERED.

Dated:  July 2, 2015

        WILLIAM B. SHUBB
        UNITED STATES DISTRICT JUDGE