UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>HUBERT ROTTEVEEL,<br><br>    Defendant. | No. 2:11-CR-0447 WBS<br><br>**ORDER** |

----oo0oo----

    The government may have up to and including August 14, 2015 to respond to defendant's Reply Supplemental Sentencing Memorandum.  Defendant may not file any further sentencing memoranda unless he obtains advance approval of the court.  The sentencing hearing is continued to August 31, 2015 at 9:30 a.m.

    IT IS SO ORDERED.

Dated:  July 21, 2015

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1